Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230aa
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, a Minnesota Corporation; et al.; <br><br> Defendants. | Case No.: CV 10-7987 DDP (AGRx) <br> *Hon. Dean D. Pregerson Presiding* <br><br> **DECLARATION OF ADIR HARONI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Adir Haroni, declare as follows:

1.  I am the President of Star Fabrics, Inc.  ("Star Fabrics" or "Plaintiff").  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.  Star Fabrics is a Los Angeles based company that acts as a textile converter, i.e., a company that works with garment manufacturers looking for fabric

printed with artwork.

3.  Star Fabrics invests in two-dimensional works of art ("designs") either by creating original designs or purchasing exclusive rights to them from reputable design studios. STAR offers its exclusive designs for sale to its customers and then, if a customer wants to use fabric printed with its design, it would have the design printed on fabric through printing mills that STAR works with both domestically and overseas.

4.  No other party is authorized to make sales of product bearing Star Fabric's proprietary designs, or to alter, modify, or recast Star's designs without express permission from Star Fabrics.  Indeed, if Star's designs can be knocked-off or recast with impunity, then my company cannot realize the rewards of its investment and will quickly go out of business.

5.  On October 26, 2006, STAR purchased artwork styled "471-383" from the Tom Cody Design Studio, a reputable studio well known in the apparel industry with offices in New York and London.  At the time of that purchase we obtained a written transfer of ownership of all rights.  Attached hereto as Exhibit "1" is a true and correct copy of the 471-383 design and the transfer of ownership we received.

6.  STAR renamed design "471-383" as "59705" and then applied to register 59705 with the Copyright Office. On May 15, 2007 that work was registered under Registration No. VA 1-409-811. A true and correct copy of that registration is attached hereto as Exhibit "2".

7.  Immediately following STAR's purchase of the 59705 design it extensively offered that design to its customers in its showroom and by having salespersons visit those customers.  Design 59705 was sampled and sold to many customers in a number of different color variations, including a purple and green color combination.  Attached hereto as Exhibit "3" is a color CAD showing a full repeat of the 59705 design in that colorway.

2
DECLARATION OF ADIR HARONI

8. In July of 2007 Star Fabrics sold sample yardage of fabric bearing design 59705 in different color combinations to Kandy Kiss of California. Attached hereto as Exhibit "4" are Star records reflecting that sampling.

9. On July 3, 2010 my company purchased a garment at a Target retail store which bore a design that was virtually identical to 59705. A true and correct image of this garment is attached hereto as Exhibit "5".

10. The garment found at Target bearing the knockoff of our 59705 design was one of 4 kimono-style dresses being sold at Target which bore different artwork but were otherwise identical in price, cut, material, etc... we knew that these garments had been manufactured by KANDY KISS because we had provided KANDY KISS with the printed fabric for one of the other 3 dresses in that program. I therefore called KANDY KISS President Tad Aikin to discuss the offending garment, and Mr. Aikin confirmed that KANDY KISS had sold the dresses to Target, and that it obtained the offending design from Defendant Morex Enterprises, Inc. ("MOREX").

11. Star Fabrics never authorized Morex or Kandy Kiss to print the 59705 design for the garments sold to Target.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _11_ day of August, 2011 at Los Angeles, CA.

By: _____
ADIR HARONI
Declarant

3
DECLARATION OF ADIR HARONI

# Exhibit 1



Star000088

EX 11



Star000063

# TOM · CODY
## D   E   S   I   G   N

8221

DATE: _____ 10/26/06 _____

ADDRESS TO CUSTOMER: _S/or Fabrics_

ATTENTION: _George_

CUSTOMER #: _____

SALES REPRESENTATIVE: _Phy_

CODE #: _____

## RE: SALE OF ARTWORK

CUSTOMER: WE SELL YOU THE ARTWORK LISTED BELOW AT THE PRICES LISTED BELOW. ALL SALES ARE FINAL, NO RETURNS OR EXCHANGES. YOUR TAKING POSSESSION OF THE BEOLW DESCRIBED DESIGNS WILL CONFIRM YOUR AGREEMENT TO THE FOREGOING.

| DESIGN ID# | PRICE | DESIGN ID # | PRICE |
|---|---|---|---|
| 1. | | 11. | |
| 2. | | 12. | |
| 3. | | 13. | |
| 4. | | 14. | |
| 5. | | 15. | |
| 6. | | 16. | |
| 7. | | 17. | |
| 8. | | 18. | |
| 9. | | 19. | |
| 10. | | 20. | |

CONSENTED TO BY:

SIGNATURE: _____                    DATE: _____

225 WEST 35TH STREET  NEW YORK, NEW YORK 10001  TELEPHONE: 212-695-9200  FAX: 212-967-3338
http://www.tomcodydesign.com                    sales@tomcodydesign.com

Star000091

THIS DESIGN WAS CREATED
BY AND IS THE PROPERTY OF

# STAR FABRICS, INC.

THIS DESIGN IS COPYRIGHTED
BY STAR FABRICS, INC.

## ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledge, the undersigned, _Tom Cody Design_, an _U.S._ company/citizen, domiciled at _225 W 35th st, New York, NY 10001_ hereby sells, assigns, transfer and conveys unto Star Fabrics, Inc.   1440 Walnut Street . Los Angeles CA   90011 U.S.A. all rights, including copyrights (and the right to take action for past, prese .t and future infringement) in and to the following artistic works:

492-73

492-78

819-516

471-383   #59705

and waives any and all moral right in favor  Star Fabrics, Inc.

This Assignment is confirmatory of the understanding between the parties at the sate of the retention of the services of the author for the creation of the aforesaid artworks.

Los Angeles, CA, this _26th_ day of _October_

By: _____

Star000081

Exhibit 2



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

REG   **VA 1-409-811**

EFFECTIVE DATE OF REGISTRATION

Month **5**   Day **15**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼      NATURE OF THIS WORK ▼ See Instructions

HS9705 "Paisley Border"      DESIGNED TEXTILE ARTWORK

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼      DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

a  TOM COOY DESIGN

Was this contribution to the work a "work made for hire"?   Author's Nationality or Domicile   Name of Country   Was This Author's Contribution to the Work
☑ Yes   OR { Citizen of ___ NEW YORK   Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
☐ No   Domiciled in ___   Pseudonymous?  ☐ Yes  ☐ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼      Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   Author's Nationality or Domicile   Name of Country   Was This Author's Contribution to the Work
☐ Yes   OR { Citizen of ___   Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
☐ No   Domiciled in ___   Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed   SEPT 2004   This information must be given   Year in all cases.   b  Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.   Month OCT   Day 30   Year 2006   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

STM FABRICS Inc.
4440 Worman Street
Los Angeles CA 90011

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT

MAY 15 2007   RECEIVED
ONE DEPOSIT RECEIVED
MAY 15 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | *RTJ* | FORM VA |
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip ▼

ELIAS HARONI
1440 WALNUT STREET
LOS ANGELES   CA  90011

b

Area code and daytime telephone number  (213) 698-2871     Fax number  (213) 698-2874

Email  SHLOW@STARFABRICS.INC

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  STAR FABRICS INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ELIAS HARON     Date  5/7/07

Handwritten signature (X) ▼

X

**CERTIFICATE** Certificate will be mailed in window envelope to this address:

Name ▼
STAR FABRICS INC.

Number/Street/Apt ▼
1440 WALNUT STREET

City/State/Zip ▼
Los Angeles, CA 90011

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Rev 07/2006  Print 07/2006—30,000  Printed on recycled paper     U.S. Government Printing Office: 2004-330-953/40,126

# Exhibit 3

NOTES

# STAR FABRICS, INC.

1440 WALNUT ST., LOS ANGELES, CA 90011
Tel:(213) 688-2871 / Fax:(213) 688-2874
Web:www.starfabrics.com / Email:adirh@starfabrics.com

## History of MIMAKI-59705+WHITE/GREEN/RED

< press ENTER here to see FULL history >

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | 0 | COMMENTS |
|------|--------|----------|------|--------|-----|-----|-------|---|----------|
| INVOICE | 66868 | KK17805 | 07/30/07 | KANDY KISS | | 3 | 30.00 | 3 | CA |
| RCV CONTRACT | 35474 | | 07/30/07 | STAR FABRICS IN M22503 | +3 | 30.00 | 0 | |
| CONTRACT | M22503 | | 07/26/07 | star fabrics in | <*> | 3 | 30.00 | 0 | |

PRINTOUT

Page # 1 of 1

User: Cathy
May 09, 2011 @ 4:43:19 PM
MOD2 ID # N/A
Station # 389741/4870

Star000056

NOTES

**STAR FABRICS, INC.**

1440 WALNUT ST., LOS ANGELES, CA 90011
Tel:(213) 688-2871 / Fax:(213) 688-2874
Web:www.starfabrics.com / Email:adirh@starfabrics.com

## History of MIMAKI-59705+WHITE/PINK/SAGE

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | COMMENTS |
|------|--------|----------|------|--------|-----|-----|-------|----------|
| | | | | < press ENTER here to see FULL history > | | 0 | 0 | 0 |
| INVOICE | 66041 | KK17758 | 07/06/07 | KANDY KISS | | 2 | 30.00 | 2 CA |
| RCV CONTRACT | 34770 | | 07/06/07 | STAR FABRICS IN M22329 | | +2 | 30.00 | 0 |
| CONTRACT | M22329 | | 07/06/07 | star fabrics in <*> | | 2 | 30.00 | 0 |

**PRINTOUT**
Page # 1 of 1

User: Cathy
May/09, 2011 @ 4:43:23 PM
MOD2ID # N/A
Station # 389741-4870

Star000057

NOTES

# STAR FABRICS, INC.

1440 WALNUT ST., LOS ANGELES, CA 90011
Tel:(213) 688-2871 / Fax:(213) 688-2874
Web:www.starfabrics.com / Email:adirh@starfabrics.com

## History of MIMAKI-59705+YELLOW/BLUE/GRN

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REP | QTY | PRICE | O | COMMENTS |
|------|--------|----------|------|--------|-----|-----|-------|---|----------|
| INVOICE | 66419 | KK17758/KK | 07/17/07 | KANDY KISS | | 2 | 30.00 | 2 | CA |
| RCV CONTRACT | 34999 | | 07/17/07 | STAR FABRICS IN M22436 | | +2 | 30.00 | 0 | |
| CONTRACT | M22436 | | 07/17/07 | star fabrics in  <*> | | 2 | 30.00 | 0 | |

< press ENTER here to see FULL history >

PRINTOUT

User :Cathy
May 09, 2011 @ 4:43:37 PM
MOD2 ID # N/A
Station # 389741870

Star000060

NOTES

# STAR FABRICS, INC.

1440 WALNUT ST., LOS ANGELES, CA 90011
Tel:(213) 688-2871 / Fax:(213) 688-2874
Web:www.starfabrics.com / Email:adin@starfabrics.com

## History of MIMAKI-59705+YELLOW/COR/SAGE

< press ENTER here to see FULL history >

| TYPE | NUMBER | CUST PO# | DATE | CLIENT | REF | QTY | PRICE | U | COMMENTS |
|------|--------|----------|------|--------|-----|-----|-------|---|----------|
| INVOICE | 66419 | KK17758/KK | 07/17/07 | RANDY KISS | | 2 | 30.00 | 2 | CA |
| RCV CONTRACT | 34999 | | 07/17/07 | STAR FABRICS IN M22436 | | +2 | 30.00 | 0 | |
| CONTRACT | M22436 | | 07/17/07 | star fabrics in     <*> | | 2 | 30.00 | 0 | |

User: Cathy
May,09, 2011 @ 4:43:41 PM
MOD2 ID #N/A
Station # 3897414870

Star000061

Exhibit 4

06b #59705.TIF
STAR FABRICS,INC.

    

280AJ                280KH                55EH                50LE                160KH

open/Corinne/*Bodywaves



Star000064

Exhibit 5





# 57705