UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STAR FABRICS, INC., a
California Corporation,

Plaintiff,

vs. CASE NO. CV-10-7987 DDP

TARGET CORPORATION, a
Minnesota Corporation;
KANDY KISS OF CALIFORNIA,
INC., a California Corporation;
MOREX ENTERPRISES, INC., and
DOES 1 through 10,,

Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

(This Transcript Contains an Attorney's Eyes Only Portion)

DEPOSITION OF PMK FOR

MOREX ENTERPRISES INCORPORATED AND INDIVIDUALLY,

ABRAHAM YADEGARAN

AUGUST 1, 2011

10:15 a.m.

300 Corporate Pointe, Suite 355

Culver City, California

ATKINSON-BAKER, INC.
COURT REPORTERS
(800)288-3376
www.depo.com

REPORTED BY: PAULETTE RADCLIFF, CSR No. 12111
FILE NO.: A507284
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES OF COUNSEL

For the Plaintiff:

DONIGER & BURROUGHS
STEPHEN DONIGER
300 Corporate Pointe, Suite 355
Culver City, California 90230
310-590-1820

For the Defendant:

CALL & JENSEN
SCOTT SHAW
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
949-717-3000

For the Defendant:

EZRA BRUTZKUS GUBNER
DAVID TASHROUDIAN
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
818-827-9000

INDEX OF EXAMINATION

WITNESS: Abraham Yadegaran

| EXAMINATION | PAGE |
| --- | --- |
| By Mr. Doniger | 5 |

Attorney's Eyes Only Portion Page
Page 41 line 5 through page 46 line 9

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

| Page | Line |
| --- | --- |
| 17 | 21 |
| 23 | 9 |
| 47 | 2 |

* * *

INDEX TO EXHIBITS

| EXHIBITS | | MARKED |
|---|---|---|
| Exhibit 31 | Certificate of Registration | 13 |
| Exhibit 32 | Photograph | 27 |
| Exhibit 33 | Photo of Envelope | 29 |
| Exhibit 34 | Photo Shade Band | 31 |
| Exhibit 35 | Billing/Sales | 34 |
| Exhibit 36 | Billing/Sales | 34 |
| Exhibit 37 | Purchase Order/Shipping Order | 53 |

(All exhibits are labeled with a "Confidential" designation)

* * *

CULVER CITY, CALIFORNIA;

MONDAY, AUGUST 1, 2011; 10:15 A.M.

ABRAHAM YADEGARAN,

having been first duly sworn, testified as follows:

EXAMINATION

BY MR. DONIGER:

Q. Good morning, would you please state and spell your name for the record?

A. Abraham Yadegaran. A-b-r-a-h-a-m, Y-a-d-e-g-a-r-a-n.

Q. Mr. Yadegaran, you understand that you have been subpoenaed here. You're being deposed today both in your individual capacity and as the person most qualified or knowledgeable on behalf of your company, Morex Enterprises Incorporated regarding certain topics?

MR. SHAW: Objection, vague and ambiguous overbroad.

THE WITNESS: I do.

BY MR. DONIGER:

Q. And you had an opportunity to take a look at the topics that were -- that a person most qualified

Q. You got some water. If you need more, just let us know.
A. Sure.
Q. Other than reviewing documents, did you speak to anyone except your attorney to prepare for today?
A. No.
Q. I see that you brought with you some documents. May I take a look at those. This is -- I'm holding in my hand a -- what you call this, a header?
A. Yes.
Q. With the design at issue. What's the name of this design?
A. 9P467.
Q. Design 9P467 is the design that you understand to be at issue in this case; right?
A. Yes.
Q. And you also brought with you what appears to be some original copyright registration documents. I assume those are your originals?
A. Yes.
Q. Copyright registration documents for the 9P467; is that right?
A. Correct.

BY MR. DONIGER:

Q. And I'm going to ask you if these documents reflect accurate copies of the registration, covering design 9P467 and the design 9P467?

A. Yes.

Q. So the first two pages are the registration, and the third page is design 9P467?

A. Yes.

Q. How did Morex -- well, who created design 9P467?

MR. SHAW: Objection, calls for speculation, lack of personal knowledge.

THE WITNESS: I don't know.

BY MR. DONIGER:

Q. Does Morex claim to own design 9P467?

A. At the time, yes.

Q. As of today does Morex claim to own 9P467?

A. No.

Q. When you say "at the time," what time are you referring to?

A. At the time we filed the registration.

Q. And do you recall that being on or about the end of February of 2010 as indicated. February 24th, 2010 indicated on the bottom of this first page, is that the time you're talking about?

A. No.
Q. So this design is no longer in its design library?
A. No.
Q. Just so I'm clear, other than the Kandy Kiss order at issue in this case and the Jody of California order, there were no other orders of this design made by Morex; is that correct?
A. No.
Q. That's correct?
A. Correct.
Q. Did Morex ever receive a copy of the 9P467 design from Kandy Kiss?
A. No.
Q. Morex supplied that design to Kandy Kiss, not the other way around; correct?
A. Of course.
Q. Does Morex have any sort of indemnification agreement with any of its customers?
A. Yes.
Q. Is Morex indemnifying Kandy Kiss in this case?
A. Yes.
Q. When is the first time that Morex became aware of the Star Fabrics' claim of infringement

REPORTER CERTIFICATION

I, Paulette Radcliff, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this ________ day of _______________, 20____.

_______________________________
Paulette Radcliff, CSR No.12111