

CONFIDENTIAL

MOR02 000001

030170k.jpg