# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, et al,<br><br>Defendants. | Case No.: CV 10-7987 DDP (AGRx)<br>*Hon. Dean D. Pregerson presiding*<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM** |

## SPECIAL VERDICT FORM

*We, the Jury, answer the questions submitted to us in regard to Star Fabrics, Inc.'s claims in this action as follows:*

1. Please state the total amount of Target Corp.'s profits, if any, attributable to the infringement:

    $ _____

2. Please state the total amount of Kandy Kiss of California's profits, if any, attributable to the infringement:

$ _____

3. Please state the total amount of Morex Enterprises, Inc.'s profits, if any, attributable to the infringement:

$ _____

4. Please state the total amount of Star Fabrics, Inc.'s actual damages, if any, that are not taken into account in the profits of Defendants Target Corp., Kandy Kiss of California, Inc., and Morex Enterprises, Inc.:

$ _____

5. Please state your total damage award for Star Target, Inc. by adding together your Answers to Questions: 1, 2, 3 and 4:

$ _____

DATED: _____     SIGNED: _____
                                    UNITED STATES DISTRICT COURT
                                    PRESIDING JUROR

*Please deliver this verdict form to the bailiff after it is completed and signed.*