# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-07987 DDP (AGRx) | Date | November 8, 2011 |

Title   STAR FABRICS, INC., a California corporation -V- TARGET CORPORATION, a Minnesota Corporation; KANDY KISS OF CALIFORNIA, INC., a California corporation; MOREX ENTERPRISES, INC.

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger<br>Scott A. Burroughs | Mark D. Brutzkus<br>Todd M. Lander<br>Delavan J. Dickson<br>Scott P. Shaw |

Proceedings:

### STATUS CONFERENCE RE: TRIAL

Court and counsel confer re case status.

|  | 00 | : | 10 mins |
|---|---|---|---|
| | Initials of Preparer | | JAC |