# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-07987 DDP (AGRx) | Date | November 8, 2011 |

Title   STAR FABRICS, INC., a California corporation -V- TARGET CORPORATION, a Minnesota Corporation; KANDY KISS OF CALIFORNIA, INC., a California corporation; MOREX ENTERPRISES, INC.

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| John A. Chambers | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger<br>Scott A. Burroughs | Mark D. Brutzkus<br>Todd M. Lander<br>Delavan J. Dickson<br>Scott P. Shaw |

Proceedings:

## LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

Court conducts settlement conference, reaches a resolution which is placed on the record.

| | | |
|---|---|---|
| 2 hours | : | 40 mins |
| Initials of Preparer | | JAC |