JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota Corporation; KANDY KISS OF CALIFORNIA, INC., a California corporation; MOREX ENTERPRISES, INC.,<br><br>          Defendants. | Case No. CV 10-07987 DDP (AGRx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 8, 2011

                                                DEAN D. PREGERSON
                                                United States District Judge